PER CURIAM.
Affirmed. See State v. Matthews, 891 So.2d 479 (Fla.2004); State v. Barnes, 595 So.2d 22 (Fla.1992); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Ward v. State, 946 So.2d 33 (Fla. 2d DCA 2006); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Cook v. State, 816 So.2d 773 (Fla. 2d DCA 2002); Anderson v. State, 779 So.2d 345 (Fla. 2d DCA 2000); Lee v. State, 685 So.2d 1319 (Fla. 2d DCA 1996); Ives v. State, 993 So.2d 117 (Fla. 4th DCA 2008); Quintana v. State, 913 So.2d 628 (Fla. 3d DCA 2005); Clayton v. State, 904 So.2d 660 (Fla. 5th DCA 2005); Sampson v. State, 832 So.2d 251 (Fla. 5th DCA *937 2002); LaMar v. State, 823 So.2d 231 (Fla. 4th DCA 2002).
KELLY, VILLANTI, and LaROSE, JJ., Concur.